## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TYSEN GLUNZ, ) | |
| ) | |
| Plaintiff, ) | Case No.: 08 CV 1693 |
| ) | |
| v. ) | Judge Bucklo |
| ) | |
| ADM ARTCO, ) | Magistrate Judge Cole |
| ) | |
| Defendant. ) | |

### DEFENDANT'S AGREED
### MOTION TO DISMISS PURSUANT TO STIPULATION

NOW COMES Defendant, AMERICAN RIVER TRANSPORTATION CO., incorrectly sued as ADM ARTCO, by its attorneys, BELGRADE AND O'DONNELL, P.C., and, pursuant to the attached Stipulation to Dismiss, moves this Court for entry of an Order dismissing this matter with prejudice, with each party to bear its own costs.

                **AMERICAN RIVER TRANSPORTATION CO.**

                By: /s/: Patrick J. Cullinan
                      One of Its Attorneys

Steven B. Belgrade
John A. O'Donnell
Patrick J. Cullinan
**BELGRADE AND O'DONNELL, P.C.**
20 N. Wacker Drive, Suite 1900
Chicago, Illinois 60606
(312) 422-1700

### CERTIFICATE OF SERVICE

    Patrick J. Cullinan, one of the attorneys for Defendant, AMERICAN RIVER TRANSPORTATION CO., certifies that the within DEFENDANT'S AGREED MOTION TO DISMISS PURSUANT TO STIPULATION was filed and served upon counsel of record via electronic filing this 3rd day of September, 2008.

                                            /s/: Patrick J. Cullinan

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TYSEN GLUNZ, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 08 CV 1693 |
| | ) | |
| v. | ) | Judge Bucklo |
| | ) | |
| ADM ARTCO, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

Plaintiff, TYSEN GLUNZ, by his attorneys, O'Bryan, Baun, Cohen and Kuebler, and Defendant, AMERICAN RIVER TRANSPORTATION CO., incorrectly sued as ADM ARTCO, by its attorneys, Belgrade and O'Donnell, P.C., hereby agree and stipulate that Plaintiff, TYSEN GLUNZ, dismisses his cause of action against Defendant, AMERICAN RIVER TRANSPORTATION CO., and that said action is dismissed with prejudice, and without costs to either party, all matters in controversy having been resolved.

**AMERICAN RIVER TRANSPORTATION CO.**      **TYSEN GLUNZ**

By: /s/: Patrick J. Cullinan           By: /s/: Kirk E. Karamanian
   One of Its Attorneys                   One of His Attorneys

Patrick J. Cullinan                    Kirk E. Karamanian
**BELGRADE AND O'DONNELL, P.C.**       **O'BRYAN BAUN COHEN KUEBLER**
20 North Wacker Drive                  401 S. Old Woodward,
Suite 1900                             Suite 320
Chicago, Illinois 60606                Birmingham, Michigan 48009
(312)422-1700                          (248) 258-6262