UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYSEN GLUNZ, ) | |
| ) | |
| Plaintiff, ) | Case No.: 08 CV 1693 |
| ) | |
| v. ) | Judge Bucklo |
| ) | |
| ADM ARTCO, ) | Magistrate Judge Cole |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the 11th day of September, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Bucklo, or any judge sitting in her stead, in courtroom 1441 of the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois, and shall then and there present the **AGREED MOTION TO DISMISS PURSUANT TO STIPULATION.**

AMERICAN RIVER TRANSPORTATION CO.

By: /s/: Patrick J. Cullinan_
    One of Its Attorneys

Steven B. Belgrade
John A. O'Donnell
Patrick J. Cullinan
**BELGRADE AND O'DONNELL, P.C.**
20 N. Wacker Drive, Suite 1900
Chicago, Illinois 60606
(312) 422-1700

## CERTIFICATE OF SERVICE

Patrick J. Cullinan, one of the attorneys for Defendant, AMERICAN RIVER TRANSPORTATION CO., certifies that this document was filed and served upon counsel of record via electronic filing this 3rd day of September, 2008.

/s/: Patrick J. Cullinan